UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE THOMPSON, | No. CV 24-9262-VBF(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| FIDENCIO N. GUZMAN, | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the United States Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying and dismissing the Petition with prejudice.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and all counsel of record.

DATED:  July 14, 2025

/s/   Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE