JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE THOMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>FIDENCIO N. GUZMAN,<br><br>    Respondent. | No. CV 24-9262-VBF(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 14, 2025

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE